**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6123**

———————

In Re:     MICHAEL A. HARRIS,

Petitioner.

———————

On Petition for Writ of Mandamus.
(No. 5:05-cv-00092-FPS)

———————

Submitted:  April 19, 2007          Decided:  April 25, 2007

———————

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Michael A. Harris, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Harris petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2000) petition. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the magistrate judge filed on March 9, 2007, a recommendation that the § 2241 petition be denied. Accordingly, because significant action has recently occurred in this case, we deny the mandamus petition. We grant Harris' motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED